Commonwealth *v.* Wideman, Appellant.

Submitted April 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Roy H. Davis,* for appellant.

*Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 28, 1972:

The judgment of sentence is vacated and the record is remanded to the trial court with leave to appellant to file post-trial motions as if timely filed and upon the disposition of those motions, to pursue an appeal if he so desires.